No. 02–6702.  GUESS v. OHIO.  C. A. 6th Cir.  Certiorari denied.

No. 02–6703.  KEEBY v. COHN, COMMISSIONER, INDIANA DEPARTMENT OF CORRECTION, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 02–6706.  HEATHMAN v. KENNEY, WARDEN.  Sup. Ct. Neb. Certiorari denied.

No. 02–6707.  FIERROS v. LARSON, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–6711.  DIXON v. FRANCIS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–6712.  CANSECO v. CALIFORNIA.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 02–6713.  COLONEL v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.

No. 02–6715.  BURNETT v. SABOURIN ET AL.  Ct. App. Mich. Certiorari denied.

No. 02–6716.  FRANCIS v. CONNECTICUT.  App. Ct. Conn. Certiorari  denied.

No. 02–6717.  ZIEGLER v. OVERTON, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 02–6720.  RICKS v. NICKELS ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 02–6722.  TATE v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–6726.  ARIAS v. RAMIREZ-PALMER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 02–6727.  RASHED v. PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.